UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARESTINA M. ACOSTA,<br><br>    Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:21-cv-01114-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE SCHEDULING ORDER** |

  The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, the Clerk of Court is **DIRECTED** to issue the scheduling order.

IT IS SO ORDERED.

 Dated:  **January 6, 2022**      **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE