UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARESTINA MORINA ACOSTA<br><br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>　　　Defendant. | Case No. 1:21-CV-01114-GSA<br><br>ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $6,850.00, and no expenses, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

IT IS SO ORDERED.

　　　Dated: __August 3, 2022__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE